## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) |

3:09-md-02100-DRH

MDL No. 2100

**This Document Relates To:**

| | |
|---|---|
| *Jennifer Balzum v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10224-DRH |
| *Molly Blanchette v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11651-DRH |
| *Samantha Bowers v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12609-DRH |
| *Vianna Cottrell, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13331-DRH |
| *Yolanda Dawkins v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11735-DRH |
| *Anne Farlow, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10495-DRH |
| *Alison Garlock v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11574-DRH |
| *Sandra Gilbert v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12096-DRH |
| *Andrea Grillette, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13679-DRH |
| *Amy Heinrich v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12122-DRH |
| *Audra Hill, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10447-DRH |
| *Elizabeth Holshue, et al. v. Bayer HealthCare* | No. 11-cv-12408-DRH |

*Pharmaceuticals Inc., et al.*

| | |
|---|---|
| *Jodi Hurst, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12610-DRH |
| *Kimberly Ann Janysek v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13689-DRH |
| *Julie Lamont, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11677-DRH |
| *Mary Lockerbie v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13338-DRH |
| *Kristina Martin v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12218-DRH |
| *Nisha Mohindra v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11553-DRH |
| *Jennifer Pacheco v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11812-DRH |
| *Debra Radley, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11680-DRH |
| *Sara Sandley v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12155-DRH |
| *Ralea Sluga v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12113-DRH |
| *Vanessa Swift v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12075-DRH |
| *Kimberly Welty v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13598-DRH |
| *Teri Wilson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11819-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

2

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on and February 20, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.


**NANCY J. ROSENSTENGEL,**
**CLERK OF COURT**


BY: ___/s/*Sara Jennings*_____
　　　　　**Deputy Clerk**

**Dated:** February 21, 2014

Digitally signed by
David R. Herndon
Date: 2014.02.21
08:00:38 -06'00'

**APPROVED:**
　　　**CHIEF JUDGE**
　　　**U. S. DISTRICT COURT**